# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Watts-Webcor, A Joint Venture | ) ASBCA No. 61312 |
| | ) |
| Under Contract No. W91238-11-C-0010 | ) |

APPEARANCES FOR THE APPELLANT:     Robert L. Leslie, Esq.
Howard W. Roth III, Esq.
  Oles Morrison Rinker & Baker, LLP
Seattle, WA

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Alfred L. Faustino, Esq.
Robert W. Scharf, Esq.
Carolyn A. Alexander, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Sacramento

## ORDER OF DISMISSAL

The parties have jointly requested that this appeal be dismissed pursuant to Board Rule 18. Accordingly, this appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 26 April 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61312, Appeal of Watts-Webcor, A Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
